| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| GARY DALE BARGER,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES,<br>　　　　Defendant. | Case No. 17-cv-06719-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. Nos. 4 and 6 |

Plaintiff Gary Dale Barger, aka Gary Francis Fisher, aka Sonny Barger, has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $400.00. His IFP application lacks two necessary documents: a Certificate of Funds completed and signed by an authorized prison officer, and a prison trust account statement showing transactions for the last six months. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Barger may move to reopen the action. Any such motion **must** contain a complete IFP application, which includes the two documents mentioned above, **or** full payment for the $400.00 filing fee.

Barger's IFP application (Dkt. Nos. 4 and 6) are DENIED as insufficient. The Clerk shall terminate Dkt. Nos. 4 and 6, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** January 10, 2018



WILLIAM H. ORRICK
United States District Judge